NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants.*

---

2012-1506

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

---

**ON MOTION**

---

**ORDER**

Samsung Electronics Co., Ltd. et al. submit a motion for limited remand.

Upon consideration thereof,

IT IS ORDERED THAT:

APPLE INC. V SAMSUNG ELECTRONICS CO., LTD.                    2

Apple, Inc. is directed to respond no later than 12:00 p.m. on September 25, 2012.

FOR THE COURT

SEP 2 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kathleen M. Sullivan, Esq.
     Michael A. Jacobs, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 1 2012

JAN HORBALY
CLERK